UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**SAMOUETH SOM**

**V.**                                                    **CIVIL ACTION NO. 26-10290-DJC**

**DAVID WESLING, ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

In light of the ECF Order dated March 31, 2026, D. 27, denying the Petition, D. 1, it is hereby ORDERED the above-entitled action is hereby DISMISSED.

March 31, 2026                                    /s/ Lisa M. Hourihan
                                                      Deputy Clerk